FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF OHIO

LaShaun M. Reed
(Enter above the full name of the plaintiff in this action)

vs.

~~Gary~~ ~~Mohr~~ ~~~~ ~~Noble~~ Jeff Noble
Christopher
C. Alexender
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 2:19 cv 738

Judge Graham

JUDGE ~~MAGISTRATE JUDGE JOLSON~~

## COMPLAINT

### I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☒ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs Lashaun Reed

   Defendants Gary Mohr, Richardson, Rapp, Smith

2. Court (if federal court, name the district; if state court, name the county)

   Madison couny

3. Docket Number _____

4. Name of judge to whom case was assigned _____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit March 3, 2019

7. Approximate date of disposition _____

II. Place of Present Confinement Toledo, ohio

A. Is there a prisoner grievance procedure in this institution? YES ☒ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☒ NO ☐

C. If your answer is YES,

1. What steps did you take? I a complaint then a grievence.

2. What was the result? It was Granted

ToCI Law Library
2001 E. Central Ave.
Toledo, OH 43608

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☐

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff LaShawn M. Reed

Address 2001 Central Ave

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant C. Alexender is employed as Captain at MACI

C. Additional Defendants Gary Mohr diector, Jeff Noble warden

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

on ___ day capt. Alexender got called to me cell because I was tring to hang myself. I told him I was suicide at the moment when they open my door. They took me out of my cell and put me in an shower. They took everything out my cell and put me back in there with a gown on and my Boxer. They He

(continued)

(Statement of Claim Continued)

didn't not put me on watch. Then I cut my wrist with a sharpe object then they put me on watch after I did that. I was going thry something that day. Because there neglect of the dependent failure to put me on watch Because I was trying to take my life that they felt like it wasn't they concern for my safe. This falls under there 67-MHN-09. Suicide prevention

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I want the court to find them accountable for there actions in this matter. Have them pay for the emotional stress and failure to do they job for a reason amount of money.

Signed this _____ day of March, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

March ( ) 2019
(Date)

LaShaun Rood
(Signature of Plaintiff)